```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                   06-CV-3959(JMR/FLN)
```

Kyle B. Zwack                )
                             )
        v.                   )          ORDER
                             )
United States of America     )

Petitioner objects to the Report and Recommendation issued February 15, 2007, by the Honorable Franklin L. Noel, United States Magistrate Judge. The Magistrate recommended denying petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's objections to the Report were timely filed pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 11]. Accordingly, IT IS ORDERED that:

1.  Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is denied.

2.  This action is dismissed with prejudice.

3.  No certificate of appealability will be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 9th, 2007

                                   s/ James M. Rosenbaum
                                   JAMES M. ROSENBAUM
                                   United States Chief District Judge